## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPEC-TECH-SALES, INC. | : |
| Plaintiff | : |
| | : NO. 1:17-CV-2053 |
| v. | : |
| | : (Judge Yvette Kane) |
| HARSCO CORPORATION d/b/a | : |
| HARSCO INDUSTRIAL PATTERSON- | : |
| KELLY and CLAPPER COMPANY | : |
| Defendants | : |

### ORDER

Counsel having reported to the Court that this action has been settled, IT IS HEREBY ORDERED THAT this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

BY THE COURT:

_____
YVETTE KANE, District Judge
Middle District of Pennsylvania

Dated: February_____, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of February, 2019, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system:

Stephen Moniak, Esquire
Pillar Aught LLC
4201 E. Park Circle
Harrisburg, PA 17111

McNEES WALLACE & NURICK LLC

By: */s/ Dana W. Chilson*
Dana W. Chilson
Pa. I.D. No. 208718
Sarah Hyser-Staub
Pa. I.D. No. 315989
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108
(717) 232-8000

Date: February 25, 2019                     *Attorneys for Defendants*