## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPEC-TECH-SALES, INC. | : |
| Plaintiff | : |
| v. | : NO. 1:17-CV-2053 |
| | : (Judge Yvette Kane) |
| HARSCO CORPORATION d/b/a HARSCO INDUSTRIAL PATTERSON-KELLY and CLAPPER COMPANY | : |
| Defendants | : |

### ORDER

Counsel having reported to the Court that this action has been settled, IT IS HEREBY ORDERED THAT this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

BY THE COURT:

s/ Yvette Kane_____
YVETTE KANE, District Judge
Middle District of Pennsylvania

Dated: February 26, 2019